# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AAA FIRE SAFETY & ALARM, INC.,<br><br>Defendant. | No. CV 24-00669-DMG (DFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION** |

Pursuant to the Stipulation of the parties under Federal Rule of Civil Procedure 41(A)(1)(ii),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with the parties bearing their respective attorneys' fees and costs.

DATED: July 1, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE